VERMONT REAL ESTATE COMMISSION v. Gertrude ABBOTT and Charliss E. Rossi, No. —

June 8, 1976. No appealable issue being raised by the notice as

filed, the purported appeal is dismissed and the matter returned to the Vermont Real Estate Commission.